Brandon S. Reif (SBN 214706)
Marc S. Ehrlich (SBN 198112)
Rachel D. Dardashti (SBN 292126)
**REIF LAW GROUP, P.C.**
315 S. Beverly Drive, Suite 315
Beverly Hills, CA 90212
Telephone: (310) 494-6500
Email: docket@reiflawgroup.com
breif@reiflawgroup.com
mehrlich@reiflawgroup.com
rdardashti@reiflawgroup.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE L. THART, an individual and trustee of THE ANNE L. THART LIVING TRUST DATED JULY 1, 1998; RUSSELL CHADWICK MCALLISTER, an individual and trustee of THE MCALLISTER FAMILY TRUST; AMY MCALLISTER, an individual and trustee of THE MCALLISTER FAMILY TRUST; JOSEPH A. PROCOPIO, an individual and trustee of THE JOSEPH A. PROCOPIO SR. FAMILY TRUST; GLENN T. PINDER, an individual and sole member of PINDER ENTERPRISES, LLP,<br><br>        Plaintiffs,<br><br>vs.<br><br>COLLIERS INTERNATIONAL GROUP, INC., a Canadian corporation; MILLCREEK COMMERCIAL PROPERTIES, LLC, a Utah limited liability company; MILLROCK | CASE NO.: 2:24-cv-10876-CV-E<br><br>**JOINT STATUS REPORT IN ADVANCE OF SCHEDULING CONFERENCE**<br><br>Date: September 19, 2025<br>Time: 1:30 p.m.<br>Courtroom: 10B<br><br>District Judge: Hon. Cynthia Valenzuela<br>Magistrate Judge: Hon. Charles F. Eick<br><br>Complaint Filed: 12/18/2024 |

INVESTMENT FUND 1, LLC, a Utah limited liability company; KEVIN LONG, an individual; BRENT SMITH, an individual; DOUGLAS SCHEEL, an individual; TROY SCHEEL, an individual; MOUNTAIN WEST COMMERCIAL LLC, a Utah limited liability company; MEGAN DESTITO, an individual; CAMS REALTY, LLC, a Utah limited liability company; KGL ADVISORS, LLC, a Utah limited liability company; and DOES 1-10, inclusive,

        Defendants.

MEGAN DESTITO,

        Counter-Claimant,

vs.

ANNE L. THART, an individual and trustee of THE ANNE L. THART LIVING TRUST DATED JULY 1, 1998; and ROES 1 through 5, inclusive,

        Counter-Defendants.

TO THE COURT, THE PARTIES AND ATTORNEYS OF RECORD:

Counsel for the parties held a video conference on August 28, 2025, at 10:00 a.m. PST in advance of the Scheduling Conference.

The parties already submitted a Joint Rule 26(f) Report on March 14, 2025. (DE # 65). The Court already issued a Scheduling and Trial Order (the "Scheduling Order") setting the pretrial and jury trial dates. (DE # 132). Plaintiffs and Defendants, having met and conferred, and in advance of the Scheduling Conference set for September 19, 2025, at 1:30 p.m. (DE # 129), disagree as to whether various case deadlines contained in the Scheduling Order need to be extended because discovery is currently stayed and has been stayed since April 18, 2025 pursuant to 15 U.S.C. § 78u-4. The signatures of counsel for Defendants who have approved this Joint Status Report are affixed below.

More specifically, the parties make the following relevant disclosures:

1. The Parties acknowledge that discovery is currently stayed, pursuant to 15 U.S.C. § 78u-4, during the pendency of the various FRCP 12(b) motions, and that due to the April 18, 2025 commencement of the stay, the Parties have been prevented from commencing or taking any discovery yet in this case;

2. Plaintiffs submit that the Complaint's Third Claim for Relief for Financial Elder Abuse is alleged by Plaintiff Glenn T. Pinder, age 87. Although federal procedure does not provide for expedited proceedings analogous to California *Code of Civil Procedure* § 36 (trial preference for a party 70 years of age or older), it is respectfully requested that the Court exercise its discretion, under 28 U.S.C. § 1657, to accelerate the timeline on the pending FRCP 12(b) motions due to the Plaintiff's age. *See Wakefield v. Global Financial Private Capital, LLC*, No. 15cv0451, 2015 WL 12699870, * 3 (S.D. Cal. Sept. 17, 2015) ("…the court declares this matter is appropriate for preferential trial setting and instructs the parties to schedule a case management conference forthwith…"); *In re Roundup Products Liability Litigation*, MDL No. 2741, No. 16-md-02741-VC, No. 21-cv-4219, 2021 WL 5149860, *1 (N.D. Cal. Nov. 4, 2021)

(preferential trial setting denied but expedited trial preservation deposition ordered).

3. Defendants CAMS Realty, LLC ("CAMS") and Destito, through counsel, submit that the present schedule as set forth in the Court's July 30, 2025 Scheduling and Trial Order (Doc. 132) should be amended and deadlines extended because the stay on discovery pending the Court's decisions on the FRCP 12(b) motions does not provide adequate time for (i) completion of fact discovery (present deadline is January 30, 2026), (ii) expert disclosures, rebuttal and discovery (present deadlines respectively are February 6, 2026, February 20, 2026, and March 6, 2026), (iii) submission and hearing on motions for summary judgment (presently the last hearing date is March 24, 2026); and the various trial filings and trial now scheduled for July 14, 2026. CAMS and Destito suggest that the parties meet and confer and propose new scheduling dates for the Court's consideration. Plaintiffs oppose the requested relief.

4. Defendants Brent Smith and Millrock Investment Fund 1, LLC (the "Millrock Defendants"), and Defendant Kevin Long ("Long"), acknowledge that discovery in this matter is statutorily stayed pursuant to 15 U.S.C. § 78u-4, during the pendency of the pending and fully briefed FRCP 12(b) motions. In the interest of efficiency, the Millrock Defendants and Long join in Defendants' position in paragraph 3 above regarding the current fact discovery, expert disclosure, summary judgment, trial and related deadlines and propose that the parties meet and confer to propose and move the Court for revised case deadlines within fourteen (14) days of the Court's ruling on the pending motions to dismiss. Plaintiffs oppose the requested relief.

5. The Parties uniformly request that the parties be permitted appear remotely at the scheduling conference set for September 19, 2025 at 1:30 p.m. via ZOOM or an alternative approved by the Court. In support of this request, the parties state that lead counsel for CAMS Realty, LLC and Long, and for the Millrock

Defendants, are located in Utah and Missouri, respectively. Remote appearance at the scheduling conference will promote efficiency and minimize unnecessary costs and hardship, and no parties object to such remote appearance.

Dated: September 5, 2025    REIF LAW GROUP, P.C.

By:    */s/ Marc S. Ehrlich*

Marc S. Ehrlich
Attorney for Plaintiffs

*I, Marc S. Ehrlich, attest that all other signatories, and on whose behalf this filing is also submitted, concur with and have authorized the filing.*

Dated: September 5, 2025    PARR BROWN GEE AND LOVELESS

By:    */s/ Bentley J. Tolk*

Bentley J. Tolk

Attorney for Defendant Kevin Long

Dated: September 5, 2025    BERKOWITZ OLIVER LLP

By:    */s/ Timothy D. Wallner*

Timothy D. Wallner

Attorney for Defendants
Brent Smith and Millrock Investment Fund I, LLC

Dated: September 5, 2025         STRONG AND HANNI

By:    */s/ Stuart H. Schultz*

Stuart H. Schultz

Attorney for Defendant
CAMS Realty, LLC

Dated: September 5, 2025         REICKER, PFAU, PYLE & McROY, LLP

By:    */s/ Robert B. Forouzandeh*

Robert B. Forouzandeh
Alec R. Simpson

Attorneys for Defendants
Megan Destito and Southern California Exchange Services, LLC