# Exhibit A

## MEMORANDUM OF UNDERSTANDING

**TO:**      J. ADAM LONG AND LEW CRAMER

**FROM:**    KEVIN G. LONG

**SUBJECT:**  MILLROCK INVESTMENT FUND 1, LLC & MILLCREEK COMMERCIAL

**DATE:**    SEPTEMBER 3, 2020

**CC:**      BRENT SMITH

# Basic Concepts

- We (the Smith family and the Long family) have created an LLC (Investment Fund) to invest in quality lon g term debt free STNL properties (Millrock Investment Fund 1, LLC).

- The fund is currently maintaining a Balance Sheet in excess of $13 million. On a $13 million fund value the projected annual transaction volume to be processed through Colliers would be approximately $104 million.

- The fund acquires or develops these assets with the intent to market them for resale by syndicating them as real estate investments to middle class investors for their IRAs and 401Ks, as well as offering them to traditional small 1031 exchange clients and as boot coverage for large 1031 clients.

- These high-quality assets will be sold as Tenant In Common real estate with no debt.

- The fund retains The Kevin Long Team (via Colliers) as their exclusive agent for all acquisitions. The Fund documents guarantee the Kevin Long Team a minimum 2% commission on each acquisition.

- All acquisition commissions are processed through Colliers.

- The Fund lists the TIC resale product with The Kevin Long Team (via Colliers).

- The Fund has a marketing company (Millcreek Commercial Properties) to brand the TIC properties and pays the unique marketing costs associated with this disruptive approach of marketing directly to middle class clients as TICs.

- Kevin Long in cooperation with J. Adam Long own the LLC that is the managing partner of the Fund - MillRock Investment Fund Management.

- Both Kevin and Adam hold an equity stake in the fund.

- The Fund pays Fund Management a fee to manage the assets in the Fund.

**MILLROCK012547**

- The Fund pays <mark>Fund Management</mark> fees for property evaluation outside of commissions run through Colliers.

- The Fund documents specifically indemnify the Broker from issues arising out of property selection.

- The Fund is also Kevin's client in his capacity as an agent here at Colliers. It is not owned by or otherwise affiliated with Colliers.

- The listing agreement has the Fund pay Colliers in favor of The Kevin Long Team a 4% commission on all sales. The Listing Agent can offer 3% to cooperating brokers and retain only 1% on certain transactions as they see fit. At the client's discretion they may pay a listing commission larger than 4% in order to provide greater incentive to agents outside of Kevin Long.

- The Kevin Long Team is paid on the standard Colliers Pleasant Grove split structure.

- The Fund has a separate agreement with Millcreek Commercial Properties (MCP) where MCP is compensated for marketing and client services based on the sales volume of the fund. This arrangement is handled entirely outside of the relationship between Colliers and the fund.

- In cooperation with Colliers, MCP and the Kevin Long team agrees to create, implement and manage a quality agent training and mentoring program. It is our goal to create a sales team and ongoing training program that supports Collier's role as the market leader in the Intermountain West.

- These Jr agents will sign a one-year contract with the Kevin Long team after which point each Jr agent can choose to remain with the Kevin Long team or move to another brokerage team within Colliers.

- **As part of this training Program MCP and Kevin Long will provide**
  - Product for agents to sell
  - A quality academic training platform
  - Mentoring from Kevin Long
  - Direct agent supervision and daily training
  - Marketing and contacts for the trainees
  - Recruiting of quality candidates
  - A guarantee of agents draws to Colliers
  - Other material, incentives and tools as Millcreek deems necessary

- **As part of the training program Colliers will provide:**
  - A $2,500 per month per new associate commission advance from Colliers but guaranteed by Kevin Long. Colliers will advance the money against future production of each of up to four high quality Jr agent recruits which Colliers management will be closely integrated in the selection and hiring thereof. If at the end of year one there is not a clear path to making Colliers

MILLROCK012548

financially whole, other Kevin Long team commissions may be held to cover this expenditure leaving no risk to Colliers.

- o The $2,500 per recruit draw would be perpetual. Once a trainee has their draw repaid that draw can be assigned to another recruit.

- o Commissions to these individuals will be paid according to the Kevin Long team split in conjunction with the Colliers Utah Junior Agent program.

- o General desk costs.

- o Support in the training program, including mentoring from Lew Cramer and Adam Long.

- We currently receive an Agent Assistant allowance in the amount of $2,000 monthly. Said allowance shall increase to $2,500 per month beginning once the Team GCI exceeds $1 million in a calendar year, and shall adjust to covering a fully covered dedicated support team member when the team surpasses $1.5 million in GCI.

- MCP shall be charged office rent for individuals not directly associated with Colliers. The rental schedule for this space is as follows:

  1. Cubicle - $250 per month

  2. Interior office - $500 per month

  3. Exterior office - $1,000 per month

- Rent shall be deducted from the monthly agent support allowance.

- At the writing of this memo, one interior office is utilized by the deputy fund manager and the investor relations manager. Therefore, the team is charged for one interior office and receives a net administrative assistant credit of $1,500 monthly.

- Colliers provides ongoing marketing support for listings according to their current policy related to sign expenditures calculated as a percentage of the potential Colliers commission. For avoidance of doubt, this amount shall be calculated based on the minimum 1% commission that Colliers can receive. According to Colliers policy, said marketing expenditures can be allocated to different mediums if signage is not required.

- All hard costs associated with the disruptive marketing approach will be born directly by the client through their marketing arm MCP. These include but are not limited to bulk printing costs, web page development and hosting for fund product, any costs associated with mailing or hosting client events, and direct advertising costs.

- Colliers is identified as the broker on all brokerage marketing material in accordance with state law.

- Colliers provides standard support for all acquisition activities including the development of due diligence packages.

- The Kevin Long team will still have access to all general Colliers pooled services such as GIS, graphic design, and general support. However, their utilization will likely be limited due to the support provided by MCP.

MILLROCK012549