# Exhibit B

DocuSign Envelope ID: 650B504F-769C-440A-99B3-E4E361797680



# PROFESSIONAL REFERRAL AGREEMENT

This Agreement is made and entered into as of September 1 _____, 2022 _____ between Millcreek Commercial Properties, LLC ("MCP") and Troy Scheel _____ ("Professional").

1. MCP and Professional acknowledge that Professional may secure and represent multiple BUYERS over the course of this Agreement. Professional does not represent MCP with respect to the sale of the Property.

2. MCP commits to provide whole properties and Tenant In Common real estate interest in NNN Single Tenant Properties and offer the properties for sale to Buyers, procured by Professional, and agrees to pay Professional a referral fee set forth below at or immediately after closing.

3. Available properties and pricing are offered on our website and can be found at MCP's website and are updated regularly.

4. Upon request, Professional shall be granted access to any property Due Diligence folder.

5. MCP represents that it is authorized to sell properties on behalf of the Millrock Investment Fund and affiliated entities.

6. MCP has taken reasonable care to ensure that information provided on the website and/or to Professional is complete, accurate, and true.

7. MCP shall pay Professional a referral fee of 3.0% with the exception of 7.1 below.

   7.1 MCP shall pay Professional a referral fee of 3.0% on buyer equity portion when purchasing a zero cash flow property with financing in place.

8. This agreement remains in effect in perpetuity unless terminated by either Party with 30-days written notice. Notwithstanding the foregoing, MCP will use its best efforts to protect the opportunity for an ongoing relationship between Professional and Buyer once any Buyers have become associated with Professional. If a Buyer, initially referred by the Referrer, desires to enter into another purchase transaction involving a MCP Property, and such Buyer is not, by Buyer's election, then associated with another representative or agent, MCP will notify the Professional of such Buyer's desire to purchase. In such an instance, if a sale subsequently results, Professional shall be entitled to the compensation set forth herein above, provided that (a) Professional is ready, willing and able to provide the necessary assistance, and (b) Buyer has not expressed its opposition to further representation by Professional.

Last updated 12.13.21

DocuSign Envelope ID: 650B504F-769C-440A-99B3-E4E361797680

9.    This agreement shall be binding in all respects upon and shall inure to the benefit of the Parties and their respective heirs, successors and assigns, employees, Professional and representatives, subrogees, and to all persons or entities claiming by, through or under them.

10.   This Agreement shall be governed by the laws of the State of Utah.

11.   Any provision of this Agreement which is prohibited or unenforceable in any jurisdiction shall, as to such jurisdiction only, be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions hereof, and any such prohibition or unenforceability in any jurisdiction shall not invalidate or render unenforceable such provision in any other jurisdiction. Furthermore, all other provisions not so prohibited or unenforceable shall remain effective.

12.   Professional represents that they are legally able to accept a professional referral fee as compensation and will direct MCP on where and how that fee should be paid.

DocuSigned by:

*Troy Scheel*

AA8DABCCD4E54C8

By: Troy Scheel

Professional

9/1/2022

Date

DocuSigned by:

8E29B618AFFB42E

By:

Millcreek Commercial

9/1/2022

Date

Last updated 10.29.21