UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

ANNE L. THART; et al.,

Plaintiffs,

v.

COLLIERS INTERNATIONAL GROUP, INC.; *et al.*,

Defendants.

Case No. 2:24-cv-10876-CV (Ex)

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS BRENT SMITH AND MILLROCK INVESTMENT FUND 1, LLC TO RESPOND TO SECOND AMENDED COMPLAINT**

**[DOC. # 156]**

On August 10, 2026, Plaintiffs and Defendants Brent Smith and Millrock Investment Fund 1, LLC ("Millrock Defendants") (with Plaintiffs, the "Parties") filed a Stipulation to Extend Time for Millrock Defendants to Respond to the Second Amended Complaint (the "Stipulation").

The Court, having considered Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1. Millrock Defendants' time to file an answer or motion under Rule 12(b)(6) to the Second Amended Complaint is extended *nunc pro tunc* through and including August 25, 2026.

**IT IS SO ORDERED.**

Dated: 9/2/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE